1252

No. 12–7860.  JENKINS v. ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 12–7886.  MAESTAS v. UTAH.  Sup. Ct. Utah.  Certiorari denied.

No. 12–8255.  JAIMEZ REYES v. KANE, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–8258.  ANGEL v. CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 12–8265.  FERDINAND v. MISSOURI.  Ct. App. Mo., Western Dist.  Certiorari denied.

No. 12–8266.  HUNTER v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 12–8269.  PATTEN v. LAKE COUNTY, CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–8274.  BACON v. FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 12–8275.  JUSTICE v. GRANVILLE COUNTY BOARD OF EDUCATION ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 12–8276.  TOMPKINS v. HERRON ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 12–8282.  NIVENS v. MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 12–8283.  NOBLE v. COOPER, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 12–8300.  LINDENSMITH v. BERGHUIS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 12–8305.  GREEN v. GAP, INC., ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 12–8312.  MCCLAMROCK v. ELI LILLY & CO.  C. A. 2d Cir.  Certiorari denied.

No. 12–8313.  LEUCHTMANN v. RUSSELL, WARDEN.  C. A. 8th Cir.  Certiorari denied.